AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

**TIMOTHY P. JOHNSON**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___NOVEMBER 27, 2007___ in ___WASHINGTON___ county, in the

_____ District of ___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, , also known as PCP, a Schedule II controlled substance.**

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___ .

I further state that I am ___**SPECIAL AGENT DANIEL SPARKS**___ , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:      ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT DANIEL SPARKS**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at ___Washington, D.C.___
Date                                              City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTS

On November 27, 2007, members of the Federal Bureau of Investigation and the Metropolitan Police Department executed a D.C. Superior Court search warrant at xxxx x xxxxxx, x.x.,#xxx, Washington, D.C.  As agents/officers entered the premises, the defendant, Timothy Johnson climbed out of the bedroom window, and was stopped by officers.  A search of the premises revealed a plastic bag containing ziploc bags each containing suspected marijuana, a prescription for the defendant, two prescription bottles with the defendants name, seven bottles containing a liquid with a chemical odor consistent with phencyclidine (pcp), numerous ziploc bags containing suspected marijuana, packaging and cutting material, a plastic bag containing suspected crack cocaine, eight bags containing suspected heroin, a loaded Besa .380 caliber handgun, a Marksman BB gun, sixteen rounds of .45 caliber ammunition, a point blank body armor, personal papers in the defendant's name, a set of keys, one of which fit the front door of the apartment, on top of the defendant's clothes, the defendant's drivers license, and a Bank of America deposit ticket and a master card.  The defendant was placed under arrest.  A portion of the suspected heroin field tested positive for opiates, and a portion of the suspected crack cocaine field tested positive for cocaine.  The suspected marijuana had an odor consistent with that of marijuana.  The amounts of the suspected PCP recovered was an amount commonly indicating that the suspected PCP was going to be sold to others rather than used exclusively by the defendant.

_____
SPECIAL AGENT DANIEL SPARKS
FEDERAL BUREAU OF INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF NOVEMBER, 2007.


_____
U.S. MAGISTRATE JUDGE